Respondents, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, Appellants.— Final order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

EVA QUINN, as Administratrix, etc., of JOHN F. QUINN, Deceased, Respondent, v. GLENN R. ECKELS, Appellant.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kapper, J., dissents and votes to reverse, and for a new trial, upon the ground that the verdict was contrary to the evidence upon the question of defendant's negligence.

JULIUS RENICK, Respondent, v. ETCO TRADING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

CHESTER B. SHEPARD, Respondent, v. THE MOUNT VERNON CO. SILVERSMITHS, INC., Appellant.— Judgment unanimously affirmed, with costs. We are satisfied that the learned trial justice has made the correct disposition of this case, and his opinions in determining the litigation are approved. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MARY SIMON, Appellant, v. ALEXANDER ANCSANI, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that the evidence introduced by the plaintiff was sufficient to make out a cause of action under the allegations of the complaint. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

AMERICAN CHICLE COMPANY, Respondent, v. PEQUOT MANUFACTURING CORPORATION, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

BANK OF CONEY ISLAND, Respondent, v. JACK R. LANG and Another, Appellants, Impleaded with Others, Defendants.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ANTONIO BARNEVO, Respondent, v. MUNSON STEAMSHIP LINE and Another, Appellants.— Motions for reargument or for leave to appeal to the Court of Appeals denied, and stay continued for thirty days to enable appellant to apply to that court for permission to appeal. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

ANTONIO BARNEVO, Respondent, v. MUNSON STEAMSHIP LINE and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to that court for permission to appeal. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

WILLIAM BAUR, Appellant, v. PETER ROBERTSON and Others, Respondents. — Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

ARMIN BENCOE, Respondent, v. ROBERT E. McDONNELL and Others, Copartners, etc., Appellants. (Appeal No. 2.)— Motion for stay denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

WILLIAM BUTLER, as Administrator, etc., of WALTER BUTLER, Deceased, Appellant, v. ROBINS DRY DOCK AND REPAIR COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, and stay continued for thirty days to enable appellant to apply to that court for permission to appeal. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.